UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VICTOR GALVAN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>NORTHWEST TRUSTEE SERVICES, INC., et al.,<br><br>        Defendants. | Case No. 16-CV-00814-LHK<br><br>**ORDER RE JOINT STATUS REPORT**<br><br>Re: Dkt. No. 20 |

On May 24, 2016, the parties filed a joint stipulation informing the Court that the parties have "executed a Confidential Settlement Agreement and Release" and will be filing a stipulation to dismiss the case with prejudice. ECF No. 20. The parties do not indicate when such a dismissal will be filed. The parties ask the Court to vacate the hearing on Defendant Wilmington Savings Fund Society, FSB's motion to dismiss, set for June 2, 2016, at 1:30 p.m., "upon the filing of a dismissal *with prejudice*." The parties shall file the stipulation of dismissal by Tuesday, May 31, 2016 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May 25, 2016

                                                                _Lucy H. Koh_
                                                          LUCY H. KOH
                                                          United States District Judge